```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH CONNEEN AND              :    CONSOLIDATED UNDER
KATHLEEN CONNEEN,               :    MDL 875
                                :
      Plaintiffs,               :
                                :
                                :
      v.                        :
                                :
                                :
AMATEK, INC.,                   :
et al.,                         :
                                :    E.D. Pa. Civil Action No.
      Defendants.               :    2:15-cv-1063-ER
```

**O R D E R**

And now, this **28th** day of **February, 2017**, for the reasons set forth in the accompanying Memorandum of Law, it is hereby **ORDERED** that the Motion for Summary Judgment of Defendant Goulds Pumps, Inc. ("Goulds") (Doc No. 90) is **DENIED**.

                              **AND IT IS SO ORDERED.**


                              **/s/ Eduardo Robreno**

                              **EDUARDO C. ROBRENO,   J.**